# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

United States of America
v.
RICKEY YOUNG

Case No: 4:09-CR-00378-SOW-1

USM No: 22212-045

Date of Original Judgment: 05/19/2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Stephen C. Moss
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The Defendant was granted a downward variance pursuant to 18U.S.C.3553, and a sentence below the amended guideline range was imposed. Consequently, the defendant is not eligible for a sentence reduction.

Except as otherwise provided, all provisions of the judgment dated 05/19/2011 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/16/2015

/s/ Brian C. Wimes
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

BRIAN C. WIMES, United States District Judge
*Printed name and title*